ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.
and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No.: 2:16-cv-02844-RFB-NJK |
| Plaintiff, | |
| v. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| BORGATA HOMEOWNERS ASSOCIATION, INC.; ALESSI & KOENING, LLC; and KK REAL ESTATE INVESTMENT FUND, LLC, | |
| Defendants. | |

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N.A. and Federal National Mortgage Association hereby provides notice that Vatana Lay, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

47565185;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

2      Akerman LLP continues to serve as counsel for Bank of America, N.A. and Federal National

3   Mortgage Association in this action.  All items, including, but not limited to, pleadings, papers,

4   correspondence, documents and future notices in this action should continue to be directed to Ariel E.

5   Stern, Esq., and Rex D. Garner, Esq.

6      DATED this 18th day of January, 2019

7

8                                    **AKERMAN LLP**

9                                    */s/ Rex D. Garner, Esq.*
                                     ARIEL E. STERN, ESQ.
10                                   Nevada Bar No. 8276
                                     REX D. GARNER, ESQ.
11                                   Nevada Bar No. 9401
                                     1635 Village Center Circle, Suite 200
12                                   Las Vegas, Nevada 89134

13                                   *Attorneys for Plaintiff Bank of America, N.A. and*
14                                   *Federal National Mortgage Association*

15                                   **COURT APPROVAL**

16   IT IS SO ORDERED.
     Date:_ January 22, 2019
17
                                     _____
18                                   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

                                            2